IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHILIP H. WOOD,
d/b/a GOT JUNK?,
    Plaintiff,

v.

1-800-GOT-JUNK?, LLC, et al.,
    Defendants.

Case No. 2:06-CV-117
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

Counsel for the parties in this case have filed a Joint Motion to Stay proceedings for sixty (60) days pending preparation and execution of settlement documents. The Court finds the motion (**Doc. #49**) well-taken and it is **GRANTED**.

**IT IS SO ORDERED.**

7-10-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE